

**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
24 MAR '14
PM 5 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004359415          MAR 21 2014
$ 00.48⁰
MAILED FROM ZIP CODE 75202

NIXIE    750    5E 1009    0003/28/14
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 75202663150    *2534-02123-24-37

CASE: 05-13-01063-CV
STEVE PARIS
109 ANGELINA DR.
CRANDALL, TX 75114

NSS